UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR. No. 25-cr-20016 JPM |
| v. | ) 18 U.S.C. § 922(g)(1) |
| CHRISTOPHER BUSBY, | ) |
| Defendant. | ) |

# I N D I C T M E N T

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about October 25, 2023, in the Western District of Tennessee, the defendant,

**CHRISTOPHER BUSBY**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock Inc. 9mm caliber pistol (Serial Number BLGY331), said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about October 25, 2023, in the Western District of Tennessee, the defendant,

**CHRISTOPHER BUSBY**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock Inc. 9mm

caliber pistol (Serial Number BYSA135), said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

                                              **TRUE BILL:**

                                              _____

                                              **F O R E P E R S O N**

                                              **DATED:** <u>January 30th, 2025</u>

_____
**REAGAN TAYLOR FONDREN**
**ACTING UNITED STATES ATTORNEY**