UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CR. No. 25-CR-20016JPM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| CHRISTOPHER BUSBY, | ) | |
| | ) | |
| Defendant. | ) | |

# FIRST SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about October 25, 2023, in the Western District of Tennessee, the defendant,

**CHRISTOPHER BUSBY**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock Inc. 9mm caliber pistol (Serial Number BLGY331), said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Before **Christopher Busby** committed the offense charged in this count, **Christopher Busby** had at least three previous convictions for either serious drug offenses or violent felonies, or both, committed on occasions different from one another, in violation of Title 18, United States Code, Section 924(e).

## COUNT 2

On or about October 25, 2023, in the Western District of Tennessee, the defendant,

**CHRISTOPHER BUSBY**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock Inc. 9mm caliber pistol (Serial Number BYSA135), said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Before **Christopher Busby** committed the offense charged in this count, **Christopher Busby** had at least three previous convictions for either serious drug offenses or violent felonies, or both, committed on occasions different from one another, in violation of Title 18, United States Code, Section 924(e).

TRUE BILL:

_____
F O R E P E R S O N

DATED: March 27th, 2025

_____
**REAGAN TAYLOR FONDREN**
**ACTING UNITED STATES ATTORNEY**